No. 72–453.  ROGER *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–469.  BRADFORD TOWNSHIP ET AL. *v.* ILLINOIS STATE TOLL HIGHWAY AUTHORITY ET AL.  C. A. 7th Cir. Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–476.  BALDIVID *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–500.  DAVIS *v.* OHIO.  Sup. Ct. Ohio.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–504.  SLONE *v.* SUPREME COURT OF OHIO.  Sup. Ct. Ohio.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–553.  IN RE SCHWARZ.  Sup. Ct. Ill.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–5053.  McCLENAN *v.* CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–5120.  KWITEK ET AL. *v.* WISCONSIN.  Sup. Ct. Wis.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–5203.  CRADLE *v.* NORTH CAROLINA.  Sup. Ct. N. C.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.